UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| THE CLARK CONSTRUCTION GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 01-2478-D BRE ) |
| EAGLE AMALGAMATED SERVICES, INC., CAPITOL INDEMNITY CORP., INVESTORS INSURANCE CO. OF AMERICA, FIRST SPECIALTY INSURANCE, LEXINGTON INSURANCE CO., and RLI INSURANCE CO., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER ON STATUS CONFERENCE

This matter came on before the Court by a telephone status conference requested by counsel for the parties occurring on April 14, 2005, resulting from this Court's Order of March 18, 2005 ordering the parties to submit a scheduling order with trial dates. As a result of this status conference, it appears that the following schedule and dispositions are appropriate:

1. The parties are relieved from submitting a scheduling order pursuant to this Court's Order of March 18, 2005;

2. Any and all parties wishing to file any additional motions or submissions regarding insurance issues shall do so on or before May 9, 2005;

3. Any responses to additional motions or materials submitted by the above-referenced May 9, 2005 deadline, shall be filed on or before June 9, 2005;

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

4. Thereupon, this Court will undertake a review of all pending motions, and rule or defer ruling as the Court deems appropriate.

5. Thereafter, this Court will conduct an additional status conference in the matter to further delineate the appropriateness and extent of a stay of this case pending resolution of companion litigation between Clark Construction Group and the City of Memphis and/or further proceedings in this matter.

IT IS SO ORDERED this __11th__ day of __May__, 2005.

The Honorable Bernice Bouie Donald
United States District Judge

Date: 5-11-05

Approved for Entry:

_____
David T. Dekker
Attorney for Clark

_____
Timothy R. Johnson
Attorney for Investors Insurance

_____
George T. Lewis
Attorney for RLI

_____
William L. Bomar    (#11998)
Attorney for Eagle Amalgamated

2

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 233 in case 2:01-CV-02478 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Robert Y. Gwin
FROST BROWN TODD LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202--336

Randall P. Mueller
CAREY OMALLEY WHITAKER & MANSON PA
712 Oregon Avenue
Tampa, FL 33606

William L. Bomar
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

J. Gregory Grisham
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

M. Clark Spoden
FROST BROWN TODD LLC
424 Church St.
Ste. 1600
Nashville, TN 37219

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Bruce Baird
FROST BROWN TODD LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202--336

Michael Evan Jaffe
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Charles J. Gearhiser
GEARHISER PETERS LOCKABY & TALLANT PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Barry L. Howard
RUTH HOWARD TATE & SOWELL
150 Second Avenue, N.
Ste. 201
Nashville, TN 37219--178

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Ann E. Georgehead
FROST BROWN TODD LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202--336

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Sam D. Elliott
GEARHISER PETERS LOCKABY & TALLANT PLLC
320 McCallie Avenue
Chattanooga, TN 37402

David T. Dekker
THELEN REID & PRIEST LLP
701 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

Timothy F. Brown
ARENT FOX KINTNER PLOTKIN & KAHN
1050 Connecticut Ave., N.W.
Washington, DC 20036--533

Steven M. Crawford
FROST BROWN TODD LLC
400 W. Market St.
32nd Floor
Louisville, KY 40202--336

Honorable Bernice Donald
US DISTRICT COURT